# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC; WOODBRIDGE MORTGAGE FUND 1, LLC; WOODBRIDGE MORTGAGE FUND 2, LLC; WOODBRIDGE MORTGAGE FUND 3, LLC; WOODBRIDGE MORTGAGE FUND 3A, LLC; WOODBRIDGE MORTGAGE FUND 4, LLC; WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC; WMF MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JERRY RAINES; DONNA LYNN BARNARD; STONELION INSURANCE & FINANCIAL SERVICES LLC;<br><br>Defendants. | Adversary Proceeding<br>Case No. 18-50825 (KJC)<br><br>**Ref. Docket No. 3** |

---

[1]   The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

01:23813058.1

## STIPULATION EXTENDING TIME OF DEFENDANTS
## TO RESPOND TO COMPLAINT

Woodbridge Group of Companies, LLC and its above-captioned co-plaintiffs, debtors, and debtors in possession (the "Plaintiffs" or the "Debtors") and Jerry Raines, Donna Lynn Barnard, and Stonelion Insurance & Financial Services LLC (the "Defendants," and collectively with the Plaintiffs, the "Parties") hereby stipulate as follows:

A. On September 17, 2018, the Plaintiffs filed the *Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers and for Statutory and Equitable Subordination* [Adv. Doc. No. 1] against the Defendants.

B. The time for Defendants to respond to the Complaint was October 18, 2018 [Adv. Doc. No. 3].

C. Pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Debtors may, by stipulation—and without a court order—extend the Defendants' time to respond to a complaint for up to 28 days.

D. To avoid the cost of litigation while the Parties explore whether a consensual resolution of this dispute is possible, the Parties have agreed to continue the Defendants' time to respond to the Complaint until November 15, 2018.

**WHEREFORE**, the Parties stipulate that:

1. The Defendants shall have through and including November 15, 2018, to respond to the Complaint.

2. This Stipulation is without prejudice to any Party's substantive rights.

*[Remainder of page intentionally left blank]*

| | | |
|---|---|---|
| Dated: | November 1, 2018 | */s/ Betsy L. Feldman* |
| | Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

                                                Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:   (302) 571-1253

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

*Counsel for Plaintiffs*


*/s/ Bryan T. Forman*
FORMAN LAW FIRM P.C.
Bryan Forman
Texas Bar No. 07258800
609 S Fannin Ave
Tyler, TX 75701
Tel:    (903) 597-2221
Fax:   (903) 597-2224

*Counsel for Defendants*